

# THE ATTORNEY GENERAL.
## OF TEXAS

### AUSTIN 11, TEXAS

JOHN BEN SHEPPERD
ATTORNEY GENERAL

June 12, 1953

Hon. Sam D. Johnson        Opinion No. S-51
County Attorney
Hill County                Re: The fees which should be
Hillsboro, Texas               paid a court appointed
                               defense attorney under
                               Article 494a, V.C.C.P.,
                               when four separate felony
                               causes against the same
                               defendant were tried on
Dear Sir:                      the same day.

        You have requested an opinion on the amount
of fees to be paid an attorney appointed to represent
a defendant in four separate felony cases when all
four cases were tried on the same day. Section 1 of
Article 494a, Vernon's Code of Criminal Procedure, pro-
vides:

        "Whenever the Court shall appoint one
    or more counsel to defend any person or per-
    sons pursuant to law in any felony case in
    this State, each counsel may, at the discre-
    tion of the trial judge, be paid a fee in the
    sum of Ten Dollars ($10) per day for each day
    such appointed attorney is actually in trial
    court representing the person or persons he
    has been appointed to represent. Provided,
    further, that in all cases wherein a bona
    fide appeal is actually prosecuted to a
    final conclusion, each appointed counsel may
    be paid Twenty-five Dollars ($25) for said
    appeal. The fee allowed counsel shall be
    paid by the county wherein such trial is
    held and such sum to be paid from county
    funds." (Emphasis added)

        It was clearly the intention of the Legisla-
ture in enacting Article 494a that each counsel may, at
the discretion of the trial judge, be paid the fee of
$10 per day for each felony case. In other words com-
pensation provided in Article 494a is compensation for
each felony case tried by an attorney appointed by the

trial court. Since the trial judge directed that a fee of $10 be paid in each cause under the facts submitted we agree with your conclusion that the attorney involved in your request is entitled to receive $10 per case per day in each individual appointment made by the court.

## SUMMARY

Under the provisions of Section 1 of Article 494a, Vernon's Code of Criminal Procedure, an attorney appointed by the trial judge to represent a defendant in four separate felony cases is entitled, in the discretion of the trial judge, to be paid the sum of $10 per day for each felony case tried by him, i.e., four felony cases lasting for a period of one day Forty ($40) Dollars.

Yours very truly,

APPROVED:

JOHN BEN SHEPPERD
Attorney General

J. C. Davis, Jr.
County Affairs Division

Willis E. Gresham
Reviewer

By John Reeves
John Reeves
Assistant

Robert S. Trotti
First Assistant

John Ben Shepperd
Attorney General

JR:am